585 P.2d 323

**Reinstatement of William P. RUNNELS.**

Supreme Court of New Mexico.

Sept. 22, 1978.

CERTIFICATE

I, ROSE MARIE ALDERETE, Clerk of the Supreme Court of the State of New Mexico, do hereby certify that the following named person was, on September 22, 1978, reinstated to active membership in the State Bar of New Mexico.

William P. Runnels
11208 Bellamah N.E.
Albuquerque, New Mexico 87112

WITNESS, My official signature and the seal of the Court on this 22nd day of September, 1978.

(s) Rose Marie Alderete
Clerk of the Supreme Court of the State of New Mexico
(SEAL)